NUMBER13-05-780-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

                    IN THE
INTEREST OF D.H., A CHILD

__________________________________________________________________

 

                   On appeal from the 36th District Court

                              of Bee
County, Texas.

__________________________________________________________________

 

                     MEMORANDUM OPINION

 

            Before Justices Hinojosa,
Rodriguez, and Castillo

                       Memorandum Opinion Per
Curiam

 

Appellant, MANUELA GALARZA, perfected an appeal from a
judgment entered by the36th District Court of Bee County, Texas,
in cause number B-04-1506-CV-A. 
The clerk=s record was filed on March 27, 2006. The reporter=s record was filed on
April 4, 2006.  Appellant=s brief was due on April 24, 2006.  To date, no
appellate brief has been received.








When the appellant has failed to file a brief in the time prescribed,
the Court may dismiss the appeal for want of prosecution, unless the appellant
reasonably explains the failure and the appellee is not significantly injured
by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On May 11, 2006, notice was given to all parties that
this appeal was subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). 
Appellant was given ten days to explain why the cause should not be
dismissed for failure to file a brief. 
To date, no response has been received.

The Court, having examined and fully considered the documents on file,
appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

 

PER CURIAM

 

Memorandum Opinion
delivered and filed

this the 8th
day of June, 2006